1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   PHILIP A. FERRARI
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

**FILED**

JUN 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

8
                IN THE UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 In Re: Search of:                    )  CASE NO. 2:13-SW-0386 DAD
12                                      )
                                        )
13                                      )  SEALING ORDER
                                        )
14 Office of Ron Calderon               )
   State Capitol, Room 5066,            )
15 Sacramento, California               )
                                        )
16 _____ )

17
       Upon application of the United States of America and good cause having been shown,
18
       IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
19
   shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a
20
   copy of the search warrant will be left at the scene of the search, and that the government may provide
21
   copies of the affidavit to other law enforcement officers and attorneys assisting with this investigation.
22

23 Dated: 6/4/13

                                        _____
24                                      HON. DALE A DROZD
                                        United States Magistrate Judge
25

26

27

28