| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | JOHN K. VINCENT<br>PHILIP A. FERRARI |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

FILED
JUN 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In Re: Search of:                )   CASE NO. 2:13-SW-0386 DAD
                                 )
                                 )   DAD
                                 )   [proposed] ORDER
                                 )
Office of Ron Calderon           )
State Capitol, Room 5066,        )
Sacramento, California           )
                                 )
_____  )

The Court is informed that the government executed the above-referenced search warrant on June 4, 2013, and created and seized a number of digital device images. It is hereby ordered that these forensic images, which contain all of the data seized from each digital device on the day of the search, shall not be searched or accessed by any investigating agent or prosecutor after October 2, 2013, absent further order of the Court.

Dated: 6/7/13

_Dale A. Drozd_
HON. DALE A DROZD
United States Magistrate Judge