```
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
ROBERT E. DUGDALE (SBN: 167258)
Special Assistant United States Attorney
Chief, Criminal Division
Central District of California
DOUGLAS M. MILLER (SBN: 240398)
Public Corruption & Civil Rights Section
Special Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2216
     Facsimile: (213) 894-6436
     E-mail:   douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
JUN 0 5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF OFFICE OF RON CALDERON STATE CAPITOL, ROOM 5066 SACRAMENTO, CALIFORNIA | No. CR 13-SW-0386-DAD<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the search warrant filed under the criminal case number above and all related pleadings filed under that same criminal number be unsealed.

IT IS SO ORDERED.

6-5-2014
DATE

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE